**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-18-164 |
| | § | |
| | § | COMPLEX CASE |
| | § | |
| GARY SPANGLER | § | |

**O R D E R**

The government filed an unopposed motion for continuance, (Docket Entry No. 13). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| 1st Interim Pretrial Conference set for: | **July 20, 2018 at 9:00 a.m.** |
| 2nd Interim Pretrial Conference set for: | **October 15, 2018 at 9:00 a.m.** |
| Motions are to be filed by: | November 13, 2018 |
| Responses are to be filed by: | November 26, 2018 |
| Final Pretrial conference is reset to**:** | **December 3, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 10, 2018 at 9:00 a.m.** |

SIGNED on April 6, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge