**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-18-164 |
| | § | COMPLEX CASE |
| GARY SPANGLER | § | |

**O R D E R**

The defendant filed an unopposed motion for a continuance, (Docket Entry No. 22). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| 1st Interim Pretrial Conference set for: | **December 7, 2018 at 9:00 a.m.** |
| 2nd Interim Pretrial Conference set for: | **February 25, 2019 at 9:00 a.m.** |
| Motions are to be filed by: | March 11, 2019 |
| Responses are to be filed by: | March 25, 2019 |
| Final Pretrial conference is reset to**:** | **April 1, 2019 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 8, 2019 at 9:00 a.m.** |

SIGNED on October 15, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge